# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LYNN VON HAGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. |
| ) | |
| CREDIT UNION OF GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## PETITION FOR REMOVAL

PLEASE TAKE NOTICE that Defendant Credit Union of Georgia (hereinafter "Defendant"), by and through its attorneys, hereby remove to this court the Cobb County Magistrate Court action described below pursuant to 28 U.S.C. § 1441.

## DESCRIPTION OF ACTION

1.

This removal involves an action that was filed in the Magistrate Court of Cobb County in the State of Georgia, styled Lynn Von Hagel v. Credit Union of Georgia, Case No. 24-J-12293. A true and correct copy of the Statement of Claim in this case is attached hereto as Exhibit "A."

2.

-1-

Defendant filed its answer to the complaint on November 25, 2024, a true and correct copy of which is attached as Exhibit "B."

3.

The complaint asserts claims for alleged violations of the Fair Credit Reporting Act. Plaintiffs seek damages in the amount of $10,110.50.

4.

Removal of this action is proper because this is a civil action that falls under the Court's original jurisdiction.

5.

Plaintiffs have asserted claims arising under federal law. See 28 U.S.C. §§ 1331, 1441(a).

6.

This court has federal question jurisdiction over this action because the Statement of Claim contains allegations that Defendant violated the provisions of the Fair Credit Reporting Act. See 28 U.S.C. § 1331 and the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 et seq.

7.

Defendant filed a Notice of Removal of this case in the Magistrate Court of Cobb County on November 25, 2024, a true and correct copy of which is attached as Exhibit "C."

## NO WAIVER OF DEFENSES

8.

In filing this Notice of Removal, Defendant does not waive any defenses that may be available, including, without limitation, jurisdiction, venue, and the right to compel arbitration under 9 U.S.C. § 1, et seq. Defendants do not admit any of the factual allegations in the Complaint. The Defendants expressly reserve the right to contest those allegations at the appropriate time.

## CONCLUSION

For the foregoing reasons, removal is proper, and this Court has original jurisdiction over this case.

WHEREFORE, Defendants respectfully request that this action, captioned LYNN VON HAGEL v. CREDIT UNION OF GEORGIA, No. 24-J-12293 and currently pending in the Magistrate Court of the State of Georgia, County of Cobb, be removed to this Court, and that the Court grant such other and further relief as it deems necessary and appropriate.

Respectfully submitted this 25th day of November, 2024.

[SIGNATURE PAGE FOLLOWS]

-4-

                **FREEMAN MATHIS GARY, LLP**

                */s/ William L. Hale*
                Jill R. Dunn
                Georgia Bar No. 602155
                Jdunn@fmglaw.com
                William L. Hale
                Georgia Bar No. 234853
                wlhale@fmglaw.com
                *Counsel for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
Telephone:   (678) 996-9089
Facsimile:    (833) 330-3669

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the within and foregoing **PETITION FOR REMOVAL** with the Clerk of Court using the CM/ECF system, and by United States Postal Service, first class, postage prepaid to the pro se Plaintiff as follows:

Lynn Von Hagel
245 Ivey Drive
Bethlehem, Georgia 30620

This 25th day of November, 2024.

**FREEMAN MATHIS GARY, LLP**

*/s/ William L. Hale*
Jill R. Dunn
Georgia Bar No. 602155
Jdunn@fmglaw.com
William L. Hale
Georgia Bar No. 234853
wlhale@fmglaw.com
*Counsel for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
Telephone:  (678) 996-9089
Facsimile:   (833) 330-3669